■ In the Matter of Wesley Vaughn, Petitioner, v Donald Selsky, as Director of Special Housing/Inmate Disciplinary Programs, Respondent. [828 NYS2d 226]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Livingston County [Gerard J. Alonzo, Jr., A.J.], entered November 29, 2005) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Hurlbutt, J.P., Gorski, Lunn, Peradotto and Green, JJ.